# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Randall Sam, | ) | Case No. 1:23-cr-165 |
| | ) | |
| Defendant. | ) | |

On August 29, 2023, the court issued an order releasing Defendant subject to a number of conditions. (Doc. No. 15). On August 30, 2023, the Pretrial Services Office submitted a petition for action on Defendant's conditions of release, asserting that Defendant had not reported to its office as instructed following his release on August 29, 2023. (Doc. No. 16). At the court's direction, an arrest warrant issued for Defendant. (Doc. No. 17).

The court has now been advised that Defendant has reported to the Pretrial Services Office in Minot. Consequently, the court **QUASHES** Defendant's arrest warrant (Doc No. 17) and **DISMISSES** the petition (Doc. No. 16).

**IT IS SO ORDERED.**

Dated this 30th day of August, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court